

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN  
~~XXXXXXXXXXXXXXXXXXXXXXXX~~  
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Board of Insurance Commissioners,  
Casualty Division,  
Austin, Texas.

Gentlemen:           Attention: Mr. J. E. Lyles

Opinion No. 0-2130  
Re: Authority of Insurance Commission  
to contract and pay for insurance  
on automobiles under its control.

We are in receipt of your letter of March 25, 1940, making the following request of this department:

"This Department has in the past and does at the present time carry fire, theft and comprehensive coverage an such State owned automobiles controlled by this Department.

"Will you please give us your opinion as to whether or not insurance may be carried on such automobiles by this Department and warrants issued by the Comptroller's Department for the payment of premiums out of the Traveling Expense Fund."

You are advised that it is the opinion of this department that you would not be authorized to contract and pay for insurance on State-owned property under your control when the payment would have to be made from an appropriation for traveling expenses. The reasons for this conclusion are well stated in opinions Nos. 0-184, 0-842 and 0-1762, copies of which are attached hereto for your information.

Very truly yours  
ATTORNEY GENERAL OF TEXAS

By s/Grover Sellers  
Assistant

GS-MR-wc  
Enclosures

APPROVED APRIL 13, 1940  
s/W. F. Moore  
FIRST ASSISTANT ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman